# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN AYALA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION; DANIEL JIMENEZ; and DOES 1 through 100,<br><br>　　　　　Defendants. | Case No. 5:17-CV-00720-JLS-JC<br><br>**JUDGMENT IN FAVOR OF COSTCO WHOLESALE CORPORATION** |

It is **ORDERED** that judgment be entered in favor of Defendant Costco Wholesale Corporation on all claims alleged by Plaintiff Ruben Ayala in the lawsuit. Plaintiff Ruben Ayala's complaint and all claims are dismissed in their entirety with prejudice. Defendant Costco Wholesale Corporation is entitled to its costs and may file a bill of costs under Central District Local Rule 54.

**IT IS SO ORDERED.**

Dated: August 16, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Josephine L. Staton
　　　　　　　　　　　　　　　　　United States District Judge